AO 91 (Rev. 11/11) Criminal Complaint    AUSA: Devon Schulz    Telephone: (313) 226-9100
Special Agent: Kenton Weston    Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Juan Martize Patterson | Case No.    Case: 2:20-mj-30146<br>Judge: Unassigned,<br>Filed: 04-03-2020 At 04:59 PM<br>USA v. SEALED MATTER(CMP)(MLW) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 19, 2020 and March 18, 2020__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(n) | Receipt of a firearm by a person under indictment |
| 18 USC § 922(n) | Receipt of a firearm by a person under indictment |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kenton Weston, Special Agent (ATF)
*Printed name and title*

Sworn to before me and signed in my presence or by reliable electronic means.

Date: April 3, 2020

_____
*Judge's signature*

City and state: Detroit, Michigan

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# <u>CRIMINAL COMPLAINT</u>

I, Special Agent Kenton Weston, being first duly sworn, hereby depose and state as follows:

## <u>INTRODUCTION AND AGENT BACKGROUND</u>

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been so employed since January of 2018. I am a member of the Detroit Field Division Crime Gun Intelligence Center (CGIC) National Ballistic Information Network (NIBIN) enforcement group. I am a graduate of the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. During my employment with ATF, I have conducted and/or participated in dozens of criminal investigations involving the possession and use of firearms, armed drug trafficking, and criminal street gangs, among other state and federal offenses.

2. ATF is currently conducting a criminal investigation of Juan Martize PATTERSON (B/M; DOB: XX/XX/1999) for violations of 18 U.S.C. § 922(n) (receipt of a firearm while under indictment).

1

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is for the limited purpose of establishing probable cause and does not contain all of the facts known to law enforcement regarding this investigation.

## PROBABLE CAUSE

## THE SPRINGFIELD HD XD PISTOL

4. On February 12, 2020, a black Dodge Caravan bearing Florida license plate BPXXXX was reported stolen from a carjacking in Detroit, Michigan. Redford Police Department identified the Dodge Caravan as being involved in a recent string of home invasions in Redford, Michigan.

5. On the morning of February 19, 2020, the Redford Police Department responded to a home invasion on Sioux in Redford, Michigan, where the suspect vehicle was reported to be a black Dodge Caravan. While en route, officers observed a black Dodge Caravan in the area.

6.      Officers attempted to stop the Dodge Caravan, but it turned south on Inkster Road, hit another car, and continued to drive south on Inkster Road. Officers pursued the Dodge Caravan until it ultimately crashed into another car and stopped on the front lawn of a house in Detroit, Michigan.

7.      The occupant of the other car involved in the accident indicated the suspects fled on foot westbound through the yards. Officers from both the Redford Police Department and the Detroit Police Department eventually located, identified, and arrested three individuals. Officers also saw a fourth suspect running in the area of Fenkell Avenue and Patton Street, but the suspect evaded arrest.

8.      When officers processed the Dodge Caravan, they located one Springfield HD XD .40 caliber pistol bearing serial number XD5674738 from the front passenger floorboard. The firearm was reported stolen during a February 15, 2020, home invasion in Redford, Michigan. Officers obtained a latent print from the magazine inserted into the pistol which matched to fingerprints on file for PATTERSON.  Officers also recovered an Apple iPhone XR cell phone from the vehicle and obtained a latent print from the device which also matched to PATTERSON.

9. On February 25, 2020, the Redford Police Department obtained a felony arrest warrant for PATTERSON for Home Invasion.

### THE SPIKE'S TACTICAL ST-15 FIREARM

10. On March 18, 2020, the Detroit Fugitive Apprehension Team (DFAT) and Redford Police Department located PATTERSON inside of a stolen Nissan Ultima bearing Illinois license plate 87-XXX at the Marathon gas station located on Telegraph Road in Detroit, Michigan.

11. When law enforcement approached the Nissan, the unidentified driver of the vehicle fled east across Telegraph Road. At that same time, law enforcement observed PATTERSON, seated in the front passenger seat, bend down toward the floorboard before jumping over the center console, exiting the Nissan via the driver's door, and fleeing on foot.

12. Law enforcement pursued PATTERSON on foot as he ran south on Telegraph Road, climbed over a fence, and forced entry into a home on Woodbine Street in Detroit, Michigan. An occupant of the house told law enforcement that an unidentified individual entered the residence. PATTERSON eventually exited the home and law enforcement took him into custody without incident.

13. When law enforcement processed the Nissan, they located and recovered one Spike's Tactical ST-15 multi-caliber firearm bearing serial number SCR059589, and loaded with twenty-three live rounds of .223-caliber ammunition. The firearm was on the front passenger floorboard, where PATTERSON had been sitting.

## INTERSTATE NEXUS

14. On March 27, 2020, I provided a description of the two aforementioned firearms to ATF Interstate Nexus Expert Special Agent David Salazar. Based upon the descriptions, Special Agent Salazar advised that both of the firearms are firearms, as defined under 18 U.S.C. § 921, and were manufactured outside of the state of Michigan after 1898, and therefore have traveled in and affected interstate commerce.

15. On April 2, 2020, Special Agent Brett Brandon contacted Spike's Tactical Manufacturing Technical Support and Customer Service and inquired about the manufacturing history of the aforementioned Spike's Tactical firearm bearing serial number SCR059589. A Spike's Tactical representative stated that particular firearm was shipped from their facility on April, 9, 2018 and sold to Primary Arms in Houston, Texas.

## PATTERSON'S CRIMINAL HISTORY

16.     I reviewed Michigan Department of Corrections (MDOC) records, Michigan Third Circuit Court records, and a computerized criminal history (CCH) for PATTERSON. On June 27, 2017, PATTERSON pled guilty in the Third Circuit Court to Felony Home Invasion–Second Degree and was sentenced to eighteen months of probation under the provisions of the Holmes Youthful Trainee Act (HYTA). This probationary term was extended multiple times.  On June 26, 2019, PATTERNSON pled guilty in the Third Circuit Court to Felony Weapons–Carrying Concealed (Attempt) and was sentenced to eighteen months of probation under the provisions of HYTA. Both of these crimes are felonies punishable by more than one year of imprisonment.

17.     Based upon prior investigations involving the possession of firearms by individuals sentenced under HYTA, I know that an individual on HYTA probation qualifies as "any person who is under indictment" for the purposes of 18 U.S.C. § 922(n). PATTERSON was on HYTA probation on February 19, 2020, and March 18, 2020, and at the time that the Springfield XD HD pistol was reported stolen and at the time that the Spike's Tactical ST-15 Firearm was placed into circulation.

6

## CONCLUSION

18. Based on the above, there is probable cause to believe that on or about February 19, 2020, and on or about March 18, 2020, in the County of Wayne in the Eastern District of Michigan, Juan Martize PATTERSON, while under indictment, willfully received a Springfield HD XD .40 caliber pistol bearing serial number XD5674738, and a Spike's Tactical ST-15 multi-caliber firearm bearing serial number SCR059589, both firearms having affected interstate commerce, in violation of 18 U.S.C. § 922(n) – (Receipt of a Firearm by a Person Under Indictment).

Respectfully submitted,

_____
Special Agent Kenton Weston
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed before me
and/or by reliable electronic means.

_____
HON. ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF MICHIGAN

Date: April 3, 2020

7